# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mitch R. Kramer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| CHS, Inc. d/b/a Northern Plains Cooperative, | ) ) | |
| | ) | Case No. 1-17-cv-270 |
| Defendant. | ) | |

Before the court are motions for attorneys Molly R. Littman and Samuel J.H. Sigelman to appear *pro hac vice* on the Defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Littman and Sigelman have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorneys Littman and Sigelman have also paid the required admission fees to the office of the Clerk. Accordingly, the current motions (Docket Nos. 6, 7) are **GRANTED**. Attorneys Littman and Sigelman are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge