## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mitch R. Kramer, | ) |
| | ) |
| Plaintiff, | ) **ORDER RE STIPULATION TO** |
| | ) **AMEND SCHEDULING ORDER** |
| vs. | ) |
| | ) |
| CHS, Inc. d/b/a Northern Plains Cooperative and CHS Capital, LLC, | ) |
| | ) Case No. 1:17-cv-270 |
| | ) |
| Defendants. | ) |

**IT IS ORDERED:**

1. The parties shall have until <u>January 11, 2019</u>, to complete fact discovery.

2. The parties shall have until <u>January 25, 2019</u>, to complete expert disclosures.

3. The parties shall have until <u>April 12, 2019</u>, to complete expert depositions.

4. The parties shall have until <u>April 12, 2019</u>, to file threshold motions.

5. The parties shall have until <u>April 12, 2019</u>, to file non-dispositive motions (relating to consolidation or bifurcation).

6. The parties shall have until <u>April 12, 2019</u>, to file non-dispositive motions relating to discovery.

7. The parties shall have until <u>June 17, 2019</u>, to file dispositive motions.

8. The Final Pretrial Conference will be set for <u>October 9, 2019 at 2:00 PM</u> by telephone before Magistrate Judge Miller.

9. The Jury Trial will be set for <u>October 22, 2019 at 9:00 AM</u> before Magistrate Judge Miller. The trial is expected to take three (3) days.

Dated this 29th day of October, 2018.

/s/ *Charles S. Miller. Jr.*
_____
Charles S. Miller, Jr.
United States Magistrate Judge