# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mitch R. Kramer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO** |
| | ) | **DISMISS WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| CHS, Inc., d/b/a Northern Plains | ) | |
| Cooperative and CHS Capital, LLC, | ) | Case No. 1:17-cv-270 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Stipulation to Dismiss with Prejudice" filed by the parties on January 14, 2019. The court **ADOPTS** the parties' stipulation (Doc. No. 45) and **DISMISSES** the above-entitled action with prejudice and without costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court